# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAURICE MORRELL STEWART, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-07-0042-F |
| ) | |
| DAVID PARKER, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

In this action, Maurice Morrell Stewart, a state prisoner appearing *pro se*, seeks habeas relief under 28 U.S.C. § 2254. Petitioner's pleadings are liberally construed.

Magistrate Judge Gary M. Purcell entered his Supplemental Report and Recommendation in this matter on February 23, 2007. (The "Report," at doc. no. 9.) In the Report, the magistrate judge recommended that Mr. Stewart's petition for habeas corpus be transferred to the United States District Court for the Northern District of Oklahoma for determination. The Report advised petitioner of his right to file an objection to the Report and further advised that failure to file a timely objection waives petitioner's right to appellate review of both factual and legal issues contained in the Report. Petitioner has not objected to the Report and has not requested an extension of time within which to object.

After consideration of the matter, the court finds and concludes that it concurs with the magistrate judge's determinations. The court further finds that no purpose would be served by repeating the magistrate judge's determinations or by presenting any additional analysis here.

Accordingly, the Supplemental Report and Recommendation of Magistrate Judge Gary M. Purcell is **ACCEPTED, ADOPTED,** and **AFFIRMED** in its entirety,

-2-

and Mr. Stewart's petition for a writ of habeas corpus is **TRANSFERRED** to the United States District Court for the Northern District of Oklahoma.

Dated this 2nd day of April, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-0042p004.wpd